[No. 21299-1-I. Division One. August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS J. SEWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-03234-7, Patricia H. Aitken, J., entered October 19, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21415-2-I. Division One. August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAD ALLEN WILLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-00583-2, James D. McCutcheon, Jr., J., entered October 23, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21128-5-I. Division One. August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY EVAN GEORGEFF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-02086-6, Norman W. Quinn, J., entered September 28, 1987. *Dismissed* by unpublished per curiam opinion.